# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KADEN ELIZABETH GILBERT,

       Defendant.

       Case No. 20-mj-30487-001

       R. Steven Whalen
       United States Magistrate Judge

_____/

## STIPULATION BETWEEN THE PARTIES TO ADJOURN COMPETENCY HEARING

The Government and Defendant, through their respective counsel, stipulate and agree that the motion hearing in this matter currently scheduled on January 5, 2021 at 10:00 a.m., be adjourned for approximately <u>14 days</u> to allow Defendant sufficient time to file a reply to the Government's response.

The Speedy Trial Act does not apply because it has been tolled due to Defendant's initial referral for competency evaluation.

       Respectfully Submitted,

s/ Bryan J. Sherer
Attorney for Defendant
Federal Community Defender
111 East Court St., Suite L-100
Flint, Michigan 48502
(810) 232-3600
bryan_sherer@fd.org

s/Roy R. Kranz (w/consent)
Assistant U.S. Attorney
101 1st Street, Suite 200
Bay City, MI 48708
(989) 895-5712
roy.kranz@usdoj.gov

Dated:   December 29, 2020

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KADEN ELIZABETH GILBERT,

      Defendant.
_____/

Case No. 20-mj-30487-001

R. Steven Whalen
United States Magistrate Judge

## ORDER GRANTING ADJOURNMENT

Pursuant to the parties' stipulation, it is **ORDERED** that the motion hearing in this case is adjourned from January 5, 2021 at 10:00 a.m. and will be set on a date to be determined by the Court, which will be held on January 26, 2021 at 11:00 a.m.

IT IS SO ORDERED.

Dated: January 5, 2021

s/R. Steven Whalen
HONORABLE R. STEVEN WHALEN
US MAGISTRATE JUDGE