UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   No. 20-30487

v.

                                         Magistrate Judge R. Steven Whalen

KADEN ELIZABETH GILBERT,

    Defendant.
_____/

## ORDER

For the reasons stated on the record on January 26, 2021, Defendant's Motion to Withdraw Motion for Competency Evaluation and to Rescind Order Granting Competency Evaluation [ECF No. 14] is GRANTED, and the Order for Psychiatric or Psychological Examination of Defendant entered on November 24, 2020 [ECF No.11] is VACATED.

IT IS SO ORDERED.

                                                    s/R. Steven Whalen
                                                    R. Steven Whalen
                                                    United States Magistrate Judge

Dated: January 26, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 26, 2021 electronically and/or by U.S. mail.

                                                      s/Carolyn M. Ciesla
                                                    Case Manager